FILED
October 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D151

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | Glen A. Padayachee | **Case No :** 09-22935 - D - 13 L |
| | | **Date :** 10/13/09 |
| | | **Time :** 01:00 |

**Matter :** [147] - Motion/Application to Dismiss Case/Proceeding [PLC-8] Filed by Debtor Glen A. Padayachee (nkrs)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted and the case is dismissed. Resolved without oral argument.

Dated: October 16, 2009

Robert S. Bardwil, Judge
United States Bankruptcy Court